1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO HERNANDEZ, | ) | No.  5:19-cv-01437-VKD |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | ) ) | |
| LUCINO GONZALEZ dba LAS MUCHACHAS RESTAURANT; FAIR OAKS LLC; | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Lucino Gonzalez dba Las Muchachas Restaurant; and Fair Oaks LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: July 19, 2019    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: July 19, 2019    BERLINER COHEN, LLP

*/s/ Isabella L. Shin*
Isabella L. Shin
Attorneys for Defendants,
Lucino Gonzalez dba Las Muchachas Restaurant; and Fair Oaks LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez